

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

Sue Beitia  
CLERK

TEL (808) 541-1300  
FAX (808) 541-1303

# MEMO

To:         All Federal Bar Members

From:     Sue Beitia, Clerk of U.S. District Court, District of Hawaii

Date:      August 17, 2011

Subject:  Corporate Disclosure Statements

Federal Rule of Civil Procedure 7.1 and Criminal Rule 12.4 both address the filing of Corporate Disclosure Statements.

Both rules state "A party must:

   (1) file the Rule 7.1(a) *(or 12.4(a))* statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

   (2) promptly file a supplemental statement upon a change in the information that the statement requires."

Thank you for your cooperation in this matter.