Case: **1:11-cv-00500**
Assigned To : **SEABRIGHT, J. MICHAEL**
Referral Judge: **PUGLISI, RICHARD L.**
Assign. Date : **8/17/2011**
Description: **Seven Signatures General Partnership vs. Irongate Azrep BW LLC**

```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI000760
Cashier ID: et
Transaction Date: 08/17/2011
Payer Name: Dwyer Schraff Meyer
------------------------------------
CIVIL FILING FEE
  For: Dwyer Schraff Meyer
  Case/Party: D-HIX-1-11-CV-000500-001
  Amount:         $350.00
------------------------------------
CHECK
  Remitter: Dwyer Schraff Meyer
  Check/Money Order Num: 205259
  Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CV 11-00500 JMS-RLP

A FEE OF $45.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```

1