IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN SIGNATURES GENERAL PARTNERSHIP,<br><br>Plaintiff,<br><br>vs.<br><br>IRONGATE AZREP BW LLC,<br><br>Defendants. | CIVIL NO. 11-00500 JMS/RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 19, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Second Amended Findings and Recommendations Regarding Respondent Irongate Azrep BW LLC, Bill of Costs and Motion for an Award of Attorneys' Fees and Non-

///

///

///

Taxable Costs" are adopted as the opinion and order of this Court.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, May 9, 2012.



                                  /s/ J. Michael Seabright
                                  J. Michael Seabright
                                  United States District Judge

*Seven Signatures Gen. P'ship v. Irongate Azrep BW LLC*, Civ. No. 11-00500 JMS/RLP, Order Adopting Magistrate's Findings and Recommendations