IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SEVEN SIGNATURES GENERAL PARTNERSHIP,<br><br>          Petitioner,<br><br>   vs.<br><br>IRONGATE AZREP BW LLC,<br><br>          Respondent.<br>_____ | CIVIL NO. 11-00500 JMS-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 28, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION REGARDING THE AMOUNT OF REASONABLE ATTORNEYS' FEES TO BE AWARDED PURSUANT TO

///

///

///

///

///

THE NINTH CIRCUIT'S JULY 1, 2014 ORDER, Doc. No. 54, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 18, 2014.



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Seven Signatures Gen. P'ship v. Irongate Azrep BW LLC*, Civ. No. 11-00500 JMS-RLP, Order Adopting Magistrate Judge's Findings and Recommendation